**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

JAMES A. PODLESKI, Jr.,
JAMES A. PODLESKI, Sr.
JESSICA CHRISTINE PODLESKI
JESSICA CHRISTINE PODLESKI as Mother and Next friend of SYDNEY LEE PODLESKI, a Minor

    Plaintiffs,

VS.                                       NO. 1:12-cv-00211-SA-DAS

LYMON L. HENDRICKS,
THE WAGGONERS TRUCKING, INC
JOHN DOES 1 - 10 AND
XYZ CORPORATIONS 11 – 20,

    Defendants.

## ORDER OF DISMISSAL AS TO CERTAIN PARTIES ONLY

IT APPEARING to the Court from statement of counsel and the record as a whole that the issues herein are resolved and the matter should be dismissed with prejudice as to the Plaintiffs, James A. Podleski, Jr., James A. Podleski, Sr., and Jessica Christine Podleski, Individually, only.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by the Court that this matter be and it is hereby ordered dismissed with prejudice as to the Plaintiffs, James A. Podleski, Jr., James A. Podleski, Sr., and Jessica Christine Podleski, Individually, only, and the cause is to remain open as to all other parties pending further orders of the Court

    This the 7th day of August, 2013.

                                                                   /s/ Sharion Aycock
                                                                  **U.S. DISTRICT JUDGE**